reargument and for other relief denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

SAMUEL D. GROSBY v. THE COURT PRESS, INC., and Another.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ANNA K. HANSEN, as Administratrix, etc., of HANS HANSEN, Deceased, v. GEORGE COLON & Co., Impleaded, etc., and THE STONE & WEBSTER BUILDING, INC.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ELIAS JACOBY, Doing Business, etc., v. UNITED STATES FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE OLSEN v. THE GOLDMAN SACHS TRADING CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY) v. 170 BROADWAY HOLDING CORPORATION and Others, Impleaded with JOHN W. REMER, as Trustee, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

VICTOR H. FRANKLIN v. NEW YORK EVENING JOURNAL, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MORRIS WEDOVSKY v. RADER BUILDING MATERIAL Co., INC.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

DANIEL HINES v. DAVID BISGEIER and SUADA CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, as Successor Trustee by Merger with CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY under Agreement with JOSEPH I. ROSENBLUM Dated February 13, 1929, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied; motion for resettlement granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.